**Order entered March 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00869-CV

**RODNEY SHARP AND ALL OCCUPANTS, Appellants**

**V.**

**WOODRIDGE US PROPERTIES LP A/K/A WOODRIDGE INVESTMENTS, LP,**
**Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00238-C**

## ORDER

We **DENY** appellee's first and second motions to dismiss appeal for want of prosecution.

/s/    ELIZABETH LANG-MIERS
           JUSTICE